IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGER JUDGE,  Plaintiff | )<br>)<br>) |
| vs. | ) Civil Action No. 05-1776<br>) Judge Arthur J. Schwab/ |
| MEDICAL DEPT AT S.C.I. GREENE; and organization which highers medical staff; SUPERINTENDENT FOLINO, S.C.I. GREENE,  Defendants | ) Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>)<br>) |

## **ORDER**

AND NOW, this 31st day of May, 2007, after the Plaintiff, Roger Judge, filed an action in the above-captioned case, and after Defendant Folino filed a Motion for Summary Judgment, a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendant Folino's Motion for Summary Judgment is granted;

IT IS FURTHER ORDERED that the Court sua sponte grants summary judgment in favor of the Medical Department at SCI-Greene and the organization that hires medical staff;

IT IS FURTHER ORDERED that Plaintiff's Motion to Amend Complaint is dismissed as moot;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

s/Arthur J. Schwab<br>
ARTHUR J. SCHWAB<br>
United States District Judge

cc:   Honorable Amy Reynolds Hay
      United States Magistrate Judge

      Roger Judge
      DT-6550
      SCI Greene
      175 Progress Drive
      Waynesburg, PA 15370

      Scott A. Bradley
      Deputy Attorney General
      Office of the Attorney General
      6th Floor, Manor Complex
      564 Forbes Avenue
      Pittsburgh, PA 15219